UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          : Hon. Jose L. Linares

                v.                : Crim. No. 09-592 (JLL)

MYFIT DIKA                        : CONTINUANCE ORDER


        This matter having come before the Court on the joint
application of Paul J. Fishman, United States Attorney for the
District of New Jersey (David E. Malagold, Assistant U.S.
Attorney, appearing), and defendant Myfit Dika (Peter Willis,
Esq., appearing), for an order granting a continuance of the
proceedings in the above-captioned matter through and including
January 15, 2013, and the defendant being aware that he has the
right to have the matter brought to trial within 70 days of the
date of his appearance before a judicial officer of this court
pursuant to Title 18 of the United States Code, Section
3161(c)(1), and as the defendant has consented to such a
continuance, and for good and sufficient cause shown,

        IT IS THE FINDING OF THIS COURT that this action should
be continued for the following reasons:

        1.   Plea negotiations are currently in progress, and
both the United States and the defendant desire additional time
to finalize a plea agreement, which would render trial of this
matter unnecessary;

USAO_Fax                   GMT 11/15/2012 3:46:43 PM   PAGE   3/004   Fax Server

2.   The defendant has consented to the aforementioned continuance;

3.   This case involves a large volume of discovery which the Government is compiling from its archives and copy service.   This process of recreating previous discovery will take a significant amount of time because defendant was out of the country as a fugitive and pending extradition for a number of years;

4.   Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this _____ day November, 2012,

IT IS ORDERED that this action be, and hereby is, continued through and including January 15, 2013; and it is further

ORDERED that the period from and including the date of this Order, through and including January 15, 2013, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8); and it is further

USAO_Fax                    GMT 11/15/2012 3:46:43 PM  PAGE   4/004   Fax Server

ORDERED that the calendar for this matter shall be

revised as follows:

Defense motions: 12/10/2012

Opposition: 12/21/2012

Reply: 12/31/2012

Motions hearing: To be set

Trial: January 15, 2013


_____
HON. JOSE L. LINARES
United States District Judge



_____
Peter Willis, Esq.
Counsel for Myfit Dika