UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| | : | Crim. No. 09-592 (JLL) |
| v. | : | |
| | : | <u>CONTINUANCE ORDER</u> |
| MYFIT DIKA | : | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by David E. Malagold, Assistant U.S. Attorney), and defendant Myfit Dika (by Peter Willis, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware he has the right to have the matter brought to trial within 70 days of the date of the indictment pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has requested and consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    i.    Plea negotiations regarding a possible disposition are currently in progress, and both the United States and the defendant desire additional time to meet and confer regarding a disposition, which would render trial of this matter unnecessary and save judicial resources;

  ii. Defendant has consented to and requested the aforementioned continuance;

  iii. This case involves a large volume of discovery which the defendant is in the process of ordering from a private copy service;

  iv. Pursuant to Title 18 of the United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

WHEREFORE, on this 15th day of January, 2013.

IT IS ORDERED that trial in this matter is continued from January 15, 2013 to March 15, 2013

IT IS FURTHER ORDERED that the period from the date of this order through March 15, 2013, inclusive, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8);

Nothing in this order shall preclude a finding that additional periods of time are excludable pursuant to the Speedy Trial Act of 1974.

Motions must be filed by _February 12, 2013_

Responses due _February 26, 2013_

Replies due _March 4, 2013_

A hearing shall be held on _March 12, 2013_

_____
HON. JOSE L. LINARES
United States District Judge

Consented to by:

_____
~~PETER WILLIS, ESQ.~~ _Charles Alvarez, Esq._
Counsel for defendant


_____
DAVID E. MALAGOLD
Assistant U.S. Attorney